# Court of Appeals, State of Michigan

## ORDER

Omega Rehab Services LLC v State Farm Mutual Automobile Ins Co

Docket No.    342067

LC No.    16-014980-NF

Colleen A. O'Brien
Presiding Judge

Kathleen Jansen

Amy Ronayne Krause
Judges

The Court orders that the motion to correct an error in the opinion dated March 19, 2019 pursuant to MCR 7.211 and MCR 7.216(A)(7) is hereby GRANTED.

The opinion dated March 19, 2019 is hereby AMENDED to correct the statement identified by defendant on page four, in the first full paragraph. The second sentence and following citation of the first full paragraph on page four of the opinion is hereby stricken, and replaced as follows:

> Pursuant to the one-year-back rule provided in MCL 500.3145(1), plaintiff "did not obtain the right to pursue no-fault benefits for any portion of the loss incurred more than one year before" June 21, 2017. *Id.* at 205.

In all other respects, the March 19, 2019 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

APR 2 5 2019
_____
Date

_____
Chief Clerk